PROB 12A  
(7/93)

Wodzinski

# United States District Court
# for
# Eastern District of New York
## Report on Offender Under Supervision

Name of Offender: Terrence Russell         Case Number: 01 CR 1326

Name of Sentencing Judicial Official: The Honorable Edward R. Korman,
                                      Chief U.S. District Court Judge

Date of Sentence:     April 11, 2003

Original Offense:     21 U.S.C. 963, Conspiracy to Import Cocaine, a class C felony

Original Sentence:    30 months custody and 3 years supervised release with special conditions requiring participation in a substance abuse treatment program. A special assessment fee of $100 was also ordered.

Type of Supervision: Supervised Release         Date Supervision Commenced: August 10, 2005

============================================================================

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**        **Nature of Noncompliance**

1.                          Illicit drug use

U.S. Probation Officer Action:

In September 2005, the offender was referred into a residential drug treatment program in Brooklyn after he had abused crack cocaine, his drug of choice. Although he was originally directed to attend this program for 6 months, several issues arose including inappropriate behavior by staff members towards clients. After discussions with the undersigned, it was agreed upon that he would be permitted to leave the program after January 1, 2006. About a week before his scheduled discharge date, he prematurely left the program. Interviews of the offender, fellow clients and staff members revealed that the offender had been erroneously blamed for several other clients having lodged formal complaints about treatment staff to a New York State regulatory body. Because these issues were also brought to the attention of the Probation Department, the undersigned did not pursue Court intervention. Instead, the offender was referred immediately into an intensive out-patient treatment program, also in Brooklyn. This arrangement allowed the offender to return to his sister's Brooklyn apartment and begin seeking full-time employment. Within two weeks, however, the offender relapsed and once again began abusing crack cocaine, his drug of choice.

After initially avoiding contact with the undersigned, he resumed contact in late January 2006; and, on February 2, 2006, he readily admitted to the drug use. Because he also voiced his concern over his perceived inability to remain sober while living in the community, the offender was also referred to Samaritan Village's long-term (twelve month) residential program. He commenced treatment there on the same day.

Over the course of the past month, the offender has been participating appropriately and counselors describe his efforts at rehabilitation in a positive manner. In view of this, the Probation Department requests that the Court not take any punitive action at this time. The offender fully understands that a failure to abide by Samaritan Village's regulations or an unsuccessful discharge will result in our Department initiating a Violation of Supervised Release. We respectfully await Your Honor's decision.

Respectfully submitted,

by, _____   _____
Christopher Wodzinski        Andrew Bobbe
Senior U.S. Probation Officer   Senior Deputy Chief U.S. Probation Officer
(347)534-3550/(917)662-9390   Date: 3/9/06

☑ The Court approves the intended course of action.

☐ Other: _____

s/Edward R. Korman — 3/9/06
Signature of Judicial Officer / Date